IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC, | |
| Petitioner, | C.A. No. |
| v. | (United States District Court for the Eastern District of Texas, Case Nos. 2:18-cv-00491–93, 496–97, 499, 501–04-JRG-RSP (E.D. Tex.) |
| FORTRESS INVESTMENT GROUP, FORTRESS CREDIT CO. LLC, and CF UNILOC HOLDINGS LLC, | |
| Respondents. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and accompanying exhibits attached thereto, dated March 4, 2020, Petitioner Google LLC ("Google") will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007-1312, for an Order pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, compelling Fortress Investment Group, Fortress Credit Co. LLC (together, "Fortress"), and CF Uniloc Holdings LLC ("CF Uniloc") (collectively, the "Subpoenaed Entities") to produce documents responsive to Request Nos, 8-10, 12, and 23 in Google's subpoenas, dated January 22, 2020 in the above-captioned actions pending in the United States District Court for the Eastern District of Texas.

| Dated: March 4, 2020 | Respectfully submitted, |
|---|---|
| | */s/ Joseph Milowic III*_____ |
| | Michael E. Jones |
| | Texas State Bar No. 10929400 |
| | mikejones@potterminton.com |
| | Earl Glenn Thames, Jr. |
| | Texas State Bar No. 00785097 |
| | glennthames@potterminton.com |
| | Patrick C. Clutter |
| | Texas State Bar No. 24036374 |
| | patrickclutter@potterminton.com |
| | POTTER MINTON, P.C. |
| | 110 N. College Ave., Suite 500 |
| | Tyler, Texas 75702 |
| | Tel: (903) 597-8311 |
| | Fax: (903) 593-0846 |
| | |
| | Joseph Milowic III |
| | New York Bar No. 4,622,221 |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Tel: (212) 849-7225 |
| | Fax: (212) 849-7100 |
| | josephmilowic@quinnemanuel.com |
| | |
| | *Attorneys for Google LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that following parties are being served with a true and correct copy of this document via CM/ECF and/or electronic mail on March 4, 2020.

| | |
|---|---|
| M. Elizabeth Day<br>eday@feinday.com<br>Marc Belloli<br>mbelloli@feinday.com<br>Jeremiah A. Armstrong<br>jarmstrong@feinday.com<br>FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650 618-4360<br>Fax: 650 618-4368<br><br><br>*Attorneys for Fortress Investment Group LLC, Fortress Credit Co. LLC, and CF Uniloc Holdings LLC* | |

                                              */s/ Joseph Milowic III*
                                              Joseph Milowic III